**Sylvester BARBEE Plaintiff-Appellant**

**v.**

**Cheri ELLIS, US Department of Agriculture Inspector, Egg Processor, Cummins Unit; Aundrea Weekly, Safety and Sanitation Officer, Cummins Unit; Troy Moore, Dr., Physician of CMS, Cummins Unit; Marie Austin, Health Service Administrator of CMS, Cummins Unit; Jason Boyd, Poultry/Swine Company Inspector of Egg Process Room, Cummins Unit; John**

**Doe, Hen House Sanitation Inspector 2012, Cummins Unit; Angelika Smarjesse, Food Preparation and Service Manager, Cummins Unit (originally named as Angelika Smarjessi) Defendants-Appellees**

No. 16-3009

United States Court of Appeals, Eighth Circuit.

Submitted: July 25, 2017

Filed: July 28, 2017

Sylvester Barbee, Pro Se

Renae Ford Hudson, Assistant Attorney General, Attorney General's Office, Little Rock, AR, for Defendants-Appellees Cheri Ellis, Aundrea Weekly, Angelika Smarjesse

Brent J. Eubanks, Humphries & Odum, White Hall, AR, for Defendants-Appellees Troy Moore, Marie Austin

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Sylvester Barbee appeals from the order of the District Court[1] granting summary judgment to defendants Cheri Ellis and Audrea Weekly in Barbee's 42 U.S.C. § 1983 action arising from conditions of his confinement while he was held at the Cum-

---

1. The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.

mins Unit.[2] We agree with the district court that even assuming Barbee was incarcerated under conditions that amounted to a substantial risk of harm, he has shown no jury issue whether these defendants were deliberately indifferent to that risk. See Kulkay v. Roy, 847 F.3d 637, 643 (8th Cir. 2017) (noting that an official is deliberately indifferent if she fails to respond reasonably to a known substantial risk); see also Cullor v. Baldwin, 830 F.3d 830, 836 (8th Cir. 2016) (reviewing an order granting summary judgment de novo). We affirm the judgment.

2. Barbee has waived his remaining claims by failing to brief them. See Dick v. Dickinson State Univ., 826 F.3d 1054, 1058 n.2 (8th Cir. 2016).

